Rel: February 21, 2025

**Notice:** This opinion is subject to formal revision before publication in the advance sheets of **Southern Reporter**. Readers are requested to notify the **Reporter of Decisions**, Alabama Appellate Courts, 300 Dexter Avenue, Montgomery, Alabama 36104-3741 ((334) 229-0650), of any typographical or other errors, in order that corrections may be made before the opinion is published in **Southern Reporter**.

# Alabama Court of Criminal Appeals

## OCTOBER TERM, 2024-2025

———————————————

## CR-2023-0478

———————————————

## Larry Edward Nesbitt

## v.

## State of Alabama

## Appeal from Montgomery Circuit Court
## (CC-17-162)

After Remand from the Alabama Supreme Court

KELLUM, Judge.

In accordance with the Alabama Supreme Court's opinion in Ex parte Nesbitt, [Ms. SC-2023-0884, Oct. 4, 2024] ___ So. 3d ___ (Ala. 2024), we reverse the Montgomery Circuit Court's judgment revoking Larry

Edward Nesbitt's probation and remand this case to the circuit court for proceedings consistent with the Supreme Court's opinion.

REVERSED AND REMANDED.

Windom, P.J., and Cole, Minor, and Anderson, JJ., concur.